## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 26th day of October, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**

Attn: Karen Baldwin, CEO/President
6116 21st Street
East Bradenton, FL 34203
RE: Bradenton Fuel Oil, Inc.

Sally Baumgartne, Registered Agent
3215 3rd Street
West Bradenton, FL 33505
RE: Bradenton Fuel Oil, Inc.

Mary E. Augustine (No. 4477)

606406v1

3